AO 243 (Rev. 09/17) TXND (Rev. 04/25)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | Northern District of Texas | |
|---|---|---|
| Name *(under which you were convicted)*:<br>Thomas John Boukamp | | Docket or Case No.:<br>5:20-cr-00165-H-BQ-1 |
| Place of Confinement:<br>FCI Marion | Prisoner No.:<br>18782-509 | |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* | |
| V. | Thomas John Boukamp | |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    U.S. District Court for the Northern District of Texas, Lubbock Division

    (b) Criminal docket or case number (if you know):  5:20-cr-00165-H-BQ-1

2.  (a) Date of the judgment of conviction (if you know):  10/20/2022

    (b) Date of sentencing:  10/20/2022

3.  Length of sentence:  Life imprisonment

4.  Nature of crime (all counts):

    18 U.S.C. § 2423(a) (Count 1); 18 U.S.C. § 2423(b) (Count 2); 18 U.S.C. § 2422(b) (Count 3); 18 U.S.C. §§ 2252(a)(2) and (b) (Counts 4 and 6); 18 U.S.C. § 2261A(2) (Count 5); 18 U.S.C. § 2251(a) (Counts 7–16).

5.  (a) What was your plea?  (Check one)
    (1) Not guilty [✓]          (2) Guilty [ ]          (3) Nolo contendere (no contest) [ ]

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

    N/A

6.  If you went to trial, what kind of trial did you have?  (Check one)          Jury [✓]          Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?          Yes [✓]          No [ ]

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

8.  Did you appeal from the judgment of conviction?    Yes ✓    No ☐

9.  If you did appeal, answer the following:

(a) Name of court:  U.S. Court of Appeals for the Fifth Circuit

(b) Docket or case number (if you know):  22-11035

(c) Result:  Affirmed

(d) Date of result (if you know):  6/25/2024

(e) Citation to the case (if you know):  United States v. Boukamp, 105 F.4th 717 (5th Cir. 2024)

(f) Grounds raised:

(1) Whether the Court erred in finding Boukamp competent to stand trial; (2) whether the Court made constitutionally impermissible remarks regarding Boukamp's decision not to testify in his own defense; (3) whether Boukamp's life sentence was substantively reasonable; (4) whether the jury instructions on Counts 1 and 2 were erroneous; (5) whether Boukamp's ability to cross-examine witnesses was limited in violation of the Fifth Amendment; (6) whether the Court erred in denying Boukamp's trial continuance; (7) whether the cumulative error doctrine warranted reversal; (8) whether the Court erred by requiring a question-and-answer format if he elected to testify at trial; and (9) whether the Court erred in allowing Boukamp to proceed at trial pro se.

(g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ✓    No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know):  24-477

(2) Result:  Petition denied.

(3) Date of result (if you know):  11/25/2024

(4) Citation to the case (if you know):  Boukamp v. United States, 145 S.Ct. 595 (2024)

(5) Grounds raised:

(1) Does the "rational understanding" component of the standard announced in Dusky v. United States, 362 U.S. 402 (1960) require that the defendant be capable of making rational decisions? (2) Does a defendant have a rational understanding of the proceedings against him when his theory of the case results from a developmental disability and cannot negate the elements of the offense?

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ✓

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐     No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court:

    (2)  Docket of case number (if you know):

    (3)  Date of filing (if you know):

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐     No ☐

    (7)  Result:

    (8)  Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:     Yes ☐     No ☐

    (2)  Second petition:    Yes ☐     No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

12.    For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Counsel was ineffective for failing to investigate and interview the key witness; but for counsel's failure, Boukamp would have pled guilty instead of going to trial.

    (a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    See Memorandum of Law in Support of 28 U.S.C. § 2255 Motion.

    (b)  **Direct Appeal of Ground One:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐    No ☑

        (2)  If you did not raise this issue in your direct appeal, explain why:

        Issues of ineffective assistance of counsel are best reserved for 28 U.S.C. § 2255 motions.

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☐    No ☑

        (2)  If you answer to Question (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed:

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available):

        (3)  Did you receive a hearing on your motion, petition, or application?

            Yes ☐    No ☐

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):  _____

Date of the court's decision:  _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**  Counsel's last minute delays and requests for a competency evaluation were not reasonable and ultimately prejudiced Boukamp by leading to additional charges.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum of Law in Support of 28 U.S.C. § 2255 Motion.

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☑

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

(2)  If you did not raise this issue in your direct appeal, explain why:

Issues of ineffective assistance of counsel are best reserved for 28 U.S.C. § 2255 motions.

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

**GROUND THREE:** Counsel's failure to argue Boukamp's likelihood of rehabilitation at sentencing was unreasonable, and Boukamp was sentenced to a term of life imprisonment at the age of 22.

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See Memorandum of Law in Support of 28 U.S.C. § 2255 Motion.

    (b)  **Direct Appeal of Ground Three:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐     No ☑

        (2)  If you did not raise this issue in your direct appeal, explain why:

Issues of ineffective assistance of counsel are best reserved for 28 U.S.C. § 2255 motions.

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☐     No ☑

        (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

        (3)  Did you receive a hearing on your motion, petition, or application?

            Yes ☐     No ☐

        (4)  Did you appeal from the denial of your motion, petition, or application?

            Yes ☐     No ☐

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

            Yes ☐     No ☐

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Claims of ineffective assistance of counsel are best raised in the first instance in a collateral proceeding. See Massaro v. United States, 538 U.S. 500 (2003).

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the
     you are challenging?          Yes ☐          No ☑

     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
     issues raised.

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     judgment you are challenging:
     (a)  At the preliminary hearing:

     _____

     (b)  At the arraignment and plea:
      David Guinn, Lubbock, TX; Henry Bostwick, Round Rock, TX; Mark Mahoney, Buffalo, NY

     (c)  At the trial:

     _____

     (d)  At sentencing:
      Michael King, Lubbock, TX

     (e)  On appeal:

     _____

     (f)  In any post-conviction proceeding:

     _____

     (g)  On appeal from any ruling against you in a post-conviction proceeding:

     _____

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?          Yes ☐          No ☑

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?          Yes ☐          No ☑
     (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

     _____

     (b)  Give the date the other sentence was imposed: _____

     (c)  Give the length of the other sentence: _____

     (d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
     sentence to be served in the future?          Yes ☐          No ☐

AO 243 (Rev. 09/17) TXND (Rev. 04/25)

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion is timely under 28 U.S.C. § 2255(f)(1).

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1)  the date on which the judgment of conviction became final;

(2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

A● 243 (Rev. ●9/17) TXND (Rev. 04/25)

Therefore, movant asks that the Court grant the following relief:

The Court should grant § 2255 relief and vacate Mr. Boukamp's conviction and sentence.

or any other relief to which movant may be entitled.

/s/ Zachary Newland
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ .

(month, date, year)

Executed (signed) on    10/21/25    (date)

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.